**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DOUGLAS J. WEMPLE,
an individual,

       Plaintiff,

v.

                                            Case No.: 6:26-cv-00073-AGM-DCI

EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,

       Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff hereby notifies the Court that Plaintiff DOUGLAS J. WEMPLE and Defendant EQUIFAX INFORMATION SERVICES LLC have reached a settlement in principle in this action.   Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2026, I filed a true and correct copy of the above and foregoing via CM/ECF which will electronically serve all counsel of record.

Respectfully submitted,

**SWIFT LAW PLLC**

/s/ *Aaron M. Swift*

**Aaron M. Swift, Esq. FBN 93088**
Jordan T. Isringhaus, Esq., FBN 091487
Sean E. McEleney, Esq., FBN 0125561
11300 4th Street North, Suite 260
St. Petersburg, FL  33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

2